# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ERIC GENTRIS                                      CIVIL ACTION

VERSUS                                            NO. 10-2227

W. TOUCHSTONE, ET AL.                             SECTION:  "N"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that plaintiff's complaint is dismissed without prejudice for failure to

exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice for the purpose

of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE